RICHARD S. ROSS, *pro hac vice*
915 S.E. 2 Court
Fort Lauderdale, Florida 33301
Tel (954) 252-9110
Fax (954) 252-9192
E mail: prodp@ix.netcom.com

MATTHEW L. SEROR (SBN: 235043)
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Tel (213) 891-0700
Fax (213) 630-5798
E mail: mseror@buchalter.com

Attorneys for Defendants Coconut Grove Pads, Inc.;
Kohl's Department Stores, Inc. and Maidenform, LLC;
and Counterclaimant Coconut Grove Pads, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; MAIDENFORM, LLC, a Delaware limited liability company; COCONUT GROVE PADS, INC. a Canadian Corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:17-CV-07414-RGK-SHS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| COCONUT GROVE PADS, INC. a Canadian Corporation,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>BRAGEL INTERNATIONAL, INC., a California corporation,<br><br>　　　　　Counter-Defendant. | |

The parties, pursuant to Rules 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal of this action with prejudice, including all claims and counterclaims, each party to bear its own costs and expenses.

| | |
|---|---|
| Dated: February ___, 2019 | Respectfully submitted, |
| | /s/ Richard S. Ross<br>RICHARD S. ROSS, ESQ. |
| | BUCHALTER |
| | By:  /s/ Matthew L. Seror<br>MATTHEW L. SEROR, ESQ. |
| | Attorney for Defendants<br>Kohl's Department Stores, Inc.;<br>Maidenform, LLC; Coconut Grove Pads, Inc., and Counterclaimant Coconut Grove Pads, Inc. |
| | WANG IP LAW GROUP, P.C. |
| | By:  /s/ Tommy SF Wang<br>TOMMY SF WANG, ESQ. |
| | Attorney for Plaintiff<br>Bragel International, Inc. |